IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

RYAN KENT, MATTHEW A. MORTON,           Case No. 3:21-cv-00540-NJR
and JOSHUA A. MORTON, individuals,

     Plaintiffs,

v.

THOMAS J. VILSACK, in his official
capacity as Secretary of Agriculture; ZACH
DUCHENEAUX, in his official capacity as
Administrator, Farm Service Agency,

     Defendants.

**PLAINTIFFS' OPPOSITION TO MOTION FOR ADMINISTRATIVE STAY PENDING
RESOLUTION OF DEFENDANTS' STAY MOTION**

The Court should deny Defendants' motion for an administrative stay, ECF No. 16.

Plaintiffs filed their complaint on June 7, 2021, alleging that Section 1005 of the American Rescue

Plan Act of 2021 violates the United States Constitution by discriminating against farmers and

ranchers on the basis of race. ECF No. 1. Defendants were served with the complaint and summons

on June 11, *see* ECF No. 13, making their answer due August 10 under Federal Rule of Civil

Procedure 12(a)(2).

Now, Defendants assert that this case should be put on hold indefinitely in deference to a

class certification ruling by a federal court in Texas. *See* Defs.' Mot. to Stay Proceedings, ECF

No. 15. Plaintiffs will respond to that assertion in their forthcoming Opposition, explaining that

such a stay is unwarranted. But in the meantime, there is no need for the administrative stay that

Defendants request in ECF No. 16. A federal district court in Wisconsin recently denied an

identical motion by Defendants for an administrative stay in another challenge to Section 1005.

*See Faust v. Vilsack*, 1:21-cv-00548 (E.D. Wis. July 13, 2021), ECF No. 55 ("TEXT ONLY ORDER DENYING 52 Motion to Stay the parties['] upcoming deadlines . . . ."). This Court should do likewise. The only pending deadline in this case is Defendants' answer, which will not be due for nearly a month. This Court will therefore have sufficient time to receive briefing and rule on Defendants' stay motion without the need for an administrative stay of all proceedings.

Defendants' Motion for an Administrative Stay Pending Resolution of Defendants' Stay Motion should be denied.

DATED:  July 15, 2021.

Respectfully submitted,

PACIFIC LEGAL FOUNDATION

s/ Glenn E. Roper
Glenn E. Roper,
Colo. Bar No. 38723
Lead Counsel
1745 Shea Center Dr., Suite 400
Highlands Ranch, CO 80129
Telephone:  (916) 419-7111
Facsimile: (916) 419-7747
Email:  GERoper@pacificlegal.org
Service: IncomingLit@pacificlegal.org

Wencong Fa, Cal. Bar No. 301679*
Christopher M. Kieser,
Cal. Bar No. 298486*
930 G Street
Sacramento, CA 95814
Email:  WFa@pacificlegal.org
Email:  CKieser@pacificlegal.org

*Attorneys for Plaintiffs*
*\* Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2021, I submitted the foregoing to the Clerk of the Court via the District Court's CM/ECF system, which will provide notice of the submission of this document to all counsel of record.

s/ Glenn E. Roper
Glenn E. Roper

*Attorney for Plaintiffs*
