**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

---

MATTHEW A. MORTON and
JOSHUA A. MORTON,

     Plaintiffs,

v.

THOMAS J. VILSACK, in his official
capacity as Secretary of Agriculture; ZACH
DUCHENEAUX, in his official capacity as
Administrator, Farm Service Agency,

     Defendants.

Case No. 3:21-cv-00540-NJR

---

<u>**DECLARATION OF GLENN E. ROPER IN SUPPORT OF**</u>
<u>**MOTION FOR SUMMARY JUDGMENT**</u>

I, GLENN E. ROPER, declare the following:

1.     I am an attorney with Pacific Legal Foundation, and I represent the Plaintiffs in the above-captioned matter.

2.     Attached to this Declaration as Exhibit 1 is a true and accurate copy of Defendants' Objections and Responses to Plaintiff's First Set of Interrogatories, dated October 8, 2021.[1]

3.     Attached to this Declaration as Exhibit 2 is a true and accurate copy of Defendants' Objections and Responses to Plaintiff's Second Set of Interrogatories, dated December 3, 2021.

---

[1] In the Joint Proposed Scheduling and Discovery Order approved by the Court, ECF No. 43, the parties stipulated to using written discovery responses that were produced in the separate case of *Wynn v. Vilsack*, Case No. 3:21-cv-514-MMH-LLL (M.D. Fla.). *See* ECF No. 43-1 ¶ 1. The discovery responses attached as Exhibits 1–6 and the documents attached as Exhibits 8–11 to this Declaration were originally produced in that case.

4.      Attached to this Declaration as Exhibit 3 is a true and accurate copy of Defendants' Objections and Responses to Plaintiff's Requests for Admissions, Set One, dated October 6, 2021.

5.      Attached to this Declaration as Exhibit 4 is a true and accurate copy of Defendants' Objections and Responses to Plaintiff's Requests for Admissions, Set Two, dated December 3, 2021.

6.      Attached to this Declaration as Exhibit 5 is a true and accurate copy of Defendants' Objections and Responses to Plaintiff's First Set of Requests for Production of Documents, dated September 10, 2021.

7.      Attached to this Declaration as Exhibit 6 is a true and accurate copy of Defendants' Objections and Responses to Plaintiff's Second Set of Requests for Production of Documents, dated December 3, 2021.

8.      Attached to this Declaration as Exhibit 7 is a true and accurate copy of Defendants' Expert Report (the Expert Report of Alicia M. Robb), dated January 7, 2022.

9.      Attached to this Declaration as Exhibit 8 is a true and correct copy of excerpts of a document produced by Defendants and Bates stamped ARPA_WYNN00000268, ARPA_WYNN00000369, ARPA_WYNN00000378, ARPA_WYNN00000393, ARPA_WYNN00000394, and ARPA_WYNN00000407 (D.J. Miller Disparity Study, March 1996).

10.      Attached to this Declaration as Exhibit 9 is a true and correct copy of excerpts of a document produced by Defendants and Bates stamped ARPA_WYNN00002465, ARPA_WYNN00002468, ARPA_WYNN00002469, and ARPA_WYNN00002479–82 (Laura-Anne Minkoff-Zerne, *A new era of civil rights? Latino immigrant farmers and exclusion at the United States Department of Agriculture*, 34 Agric. Hum. Values 631 (2017)).

11.     Attached to this Declaration as Exhibit 10 is a true and correct copy of excerpts of a document produced by Defendants and Bates stamped ARPA_WYNN00002490 and ARPA_WYNN00002494 (Annual Report 2020, Fed. of S. Coop./Land Assistance Fund).

12.     Attached to this Declaration as Exhibit 11 is a true and correct copy of a document produced by Defendants and Bates stamped ARPA_WYNN00003675, ARPA_WYNN00003721, and ARPA_WYNN00003722 (Civil Rights Assessment Final Report, Jackson Lewis LLP, 2011).

Signed under penalty of perjury this day at Highlands Ranch, Colorado.

DATED:  February 1, 2022.

s/ Glenn E. Roper
GLENN E. ROPER
Colo. Bar No. 38723
Lead Counsel
Pacific Legal Foundation
1745 Shea Center Dr., Suite 400
Highlands Ranch, CO 80129
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
Email:  GERoper@pacificlegal.org
*Attorney for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2022, I caused the foregoing to be filed with the Court's

CM/ECF system, which will send notification of said filing to all counsel of record.

s/  Glenn E. Roper
Glenn E. Roper