# Exhibit 4

P. Mot. for Summ. J./D. Resp. to RFA Set 2

Court: S.D. Ill.  Case No. 3:21cv540-NJR

Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento CA 95814 – 916.419.7111

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| SCOTT WYNN, an individual,<br><br>*Plaintiff*,<br><br>v.<br><br>THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture, *et al.*,<br><br>*Defendants*. | No. 3:21–cv–00514–MMH–JRK |

**DEFENDANTS' OBJECTIONS AND RESPONSES TO
PLAINTIFF'S REQUESTS FOR ADMISSION, SET TWO**

Pursuant to Federal Rules of Civil Procedure 26 and 36, Defendants Thomas J. Vilsack, *et al.*, by and through their undersigned counsel, hereby respond to Plaintiff's Requests for Admission, Set Two:

Defendants' objections and responses are based on information known to Defendants at this time and are made without prejudice to additional objections should Defendants subsequently identify additional grounds for objection. The information submitted herewith is being provided in accordance with the Federal Rules of Civil Procedure, which generally permit the discovery of information not privileged that is relevant to the claims or defenses in this civil action and that is proportional to the reasonable needs of the case. Fed. R. Civ. P. 26(b)(1). Defendants do not, by

providing such information, waive any objection to its admissibility on the grounds of relevance, proportionality, accessibility, materiality, or any other appropriate ground.

**RESPONSES**

Request for Admission No. 22: Admit that qualifying farm loans of greater than $1 million would be forgiven under Section 1005.

Response: Deny that loans are "forgiven" under Section 1005. Admit that eligible borrowers with loans with outstanding balances of greater than $1 million could receive debt relief under Section 1005.

Request for Admission No. 23: Admit that a farmer who defaulted on a qualifying farm loan prior to January 1, 2021, would still be entitled to loan assistance or debt relief under Section 1005 if the loan had not yet been foreclosed as of that date.

Response: Admit.

Request for Admission No. 24: Admit that a farmer who was behind or in arrears on payments on a qualifying farm loan prior to January 1, 2021, but where the loan had not yet been foreclosed, would still be entitled to loan assistance or debt relief under Section 1005.

Response: Admit.

Request for Admission No. 25: Admit that a qualifying farm loan with multiple co-borrowers would be forgiven under Section 1005 as long as one of the co-borrowers was a member of a socially disadvantaged group, even if the others were not.

Response: Deny that loans are "forgiven" under Section 1005. Admit that a qualifying farm loan with multiple co-borrowers would be eligible for relief under

Section 1005 as long as one of the co-borrowers was a member of a socially disadvantaged group, even if the others were not. Otherwise, deny.

Request for Admission No. 26: Admit that a qualifying farm loan with two co-borrowers would be forgiven under Section 1005 as long as one of the co-borrowers was a member of a socially disadvantaged group, even if the other was not.

Response: Deny that loans are "forgiven" under Section 1005. Admit that a qualifying farm loan with two co-borrowers would be eligible for relief under Section 1005 as long as one of the co-borrowers was a member of a socially disadvantaged group, even if the other was not. Otherwise, deny.

Dated: December 3, 2021

Signed,

BRIAN M. BOYNTON
Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Emily Newton*
EMILY SUE NEWTON (VA Bar No. 80745)
Senior Trial Counsel
KYLA M. SNOW (Ohio Bar No. 96662)
MICHAEL F. KNAPP (Cal. Bar No. 314104)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 305-8356 / Fax: (202) 616-8460
emily.s.newton@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendants' Objections and Responses to Plaintiff's Requests for Admissions, Set Two, was served on counsel for Plaintiff via email on December 3, 2021.

/s/ Emily Newton
EMILY SUE NEWTON
U.S. Department of Justice
