# Exhibit 8

P. Mot. for Summ. J./D.J. Miller Study

Court: S.D. Ill.  Case No. 3:21cv540-NJR

Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento CA 95814 – 916.419.7111

# D. J. MILLER

# DISPARITY STUDY

# FINAL

# REPORT

# 3/15/96

ARPA_WYNN_00000268

# PRODUCER

# PARTICIPATION

ARPA_WYNN_00000369

*Chapter III*                                                                         *Producer Participation*

## SUMMARY OF FINDINGS

### Purpose

The purpose of this chapter is to determine whether or not there are disparities in FSA program participation between White male and minority and female farmers and if so, to make recommendations on how to increase minority and female participation in FSA programs.

### Issues and Findings

*Are there disparities in participation in specific FSA programs as measured by raw counts of minority and female farmers?*

Minority participation in FSA programs is remarkably low. The exceptions are Black farmers in peanuts and tobacco, Hispanic farmers in emergency conservation, and American Indian farmers in mohair and wool. Numerical counts of Asian program participation was very small. Female participation is far more representative.

*Are there disparities in disaster payments between White male farmers and minority and female farmers?*

White male farmers received 68.6 percent of disaster payments made between 1990 and 1995. Female farmers received 4.9 percent and minority farmers received approximately 2 percent of disaster payments over the study period. The remainder of the disaster payments were made to corporations and other entities.

However, Asian and Hispanic male farmers on small farms received higher average disaster payments than White male farmers. All other groups received smaller average disaster payments.

White male farmers received a disproportionate share of disaster payments as measured by the ratio of proportion of disaster payments to proportion of producers.

When Black and White male farmers in the FSA Southeast Area were matched by county, crop and crop land, White male farmers were still found to have higher average disaster payments than Black male farmers.

Producer Participation and EEO Process Study      III–1      D.J. Miller & Associates, Inc.
for the Farm Service Agency of the                                           March 4, 1996
U.S. Department of Agriculture                                              Part I, Volume I

ARPA_WYNN_00000370

There is even less analysis on female participation in FSA programs. A law review article by Susan Cornelius,[12] like the Civil Rights Commission reports, focused on FmHA lending and the Equal Opportunity in Credit Act.

## ARE MINORITIES AND FEMALES PARTICIPATING IN FSA PROGRAMS?

Reprinted data from FSA reports on minority participation by specific program indicates levels of minority participation in FSA programs that are relatively low.[13] Specifically, the only significant minority participation is Black farmers in peanuts (8 percent) and tobacco (5 percent), Hispanic farmers in emergency conservation (4 percent), and American Indian farmers in mohair (50 percent) and wool (9 percent)—the latter two programs are scheduled for termination. This is consistent with the data discussed in Chapter II indicating that minorities were less likely to participate in FSA program crops and more likely to be involved in livestock than White male farmers. Female participation is at a greater rate than minority participation. Female participation never fell below nine percent of the total number of farmers participating.

This picture is confirmed in the survey sample. Only nine minority respondents report receiving benefits from any FSA program. Alternatively, far more White female respondents generally received more program benefits than did White male respondents.

## ARE MINORITIES AND FEMALES PARTICIPATING IN DISASTER PAYMENT PROGRAMS?

White males received the bulk of disaster payments, both in numbers and in dollar value during the period 1990-1995. White males received 68.57 percent of the total dollars of disaster payment dollars paid, while White females received 4.91 percent of total disaster payments (refer to Figure 3.1). Minority farmers received approximately two percent of disaster payment dollars over the study period of 1990-1995. Corporations received 18.8 percent of disaster payment dollars.[14]

---

[12]*See* Susan Cornelius, An Analysis of Federal Initiatives to Assure Economic Independence for Women, *Ohio Northern Law Review* 20 (1980). Additional legal analysis was provided in the article on tax marital dissolution and surviving spouse issues as they relate to agricultural issues.
[13]FSA, *Producer Participation Data* (1992). Volume II, Table 3.1.
[14]Volume II, Table 3.3A.

Producer Participation and EEO Process Study    III-9    D.J. Miller & Associates, Inc.
for the Farm Service Agency of the    March 4, 1996
U.S. Department of Agriculture    Part I, Volume I

ARPA_WYNN_00000378

# PROGRAM

# YIELDS

ARPA_WYNN_00000393

# Chapter IV — *Program and Nonprogram Yields*

## SUMMARY OF FINDINGS

### Purpose

The purpose of this chapter is to examine any statistically significant differences in yields for program and selected nonprogram crops (peanuts and tobacco) between White male farmers and minority and female farmers and to provide recommendations to correct any disparate treatment of minority and female producers in the methods, procedures, and decision making processes used in the assignment of program payment yields by the county committees. (During onsite management evaluations, the FSA EEO and CR office found indications of disparities in program yields between White male and minority and female farmers. However, the FSA EEO and CR conclusions were based on a very small sample.)

### Issues and Findings

*Did minority and female farmers have lower program and nonprogram yields?*

- White males often had higher program and nonprogram yields than minority and female farmers. However, in a number of states for a number of crops the yield differences were not statistically significant.[1] Where the differences are statistically significant, it is generally in favor of White males.

- Quite often, Asian farmers had high program and nonprogram yields; however, typically only a small number of Asian farmers had registered yields.

*Are the differences in yields between different demographic groups correlated with farm size?*

- Statistical tests of differences in program and nonprogram yields between White male farms and minority and female farms indicated that White males often had higher program and nonprogram yields even after controlling for farm size. Again, small numbers of Asian farmers often had higher yields than White male farmers.

---

[1] Volume II, Tables grouped 4.1.T through 4.3.T.

Producer Participation and EEO Process Study for the Farm Service Agency of the U.S. Department of Agriculture    IV-1    D.J. Miller & Associates, Inc.  March 4, 1996  Part I, Volume I

ARPA_WYNN_00000394

FSA programs.

*Disparity in Yield Determinations between White Males and Females and Minorities*

During interviews, farmers identified several reasons why yields are different in their communities. Minorities believe that FSA shows some bias toward White males when making program yield determinations.[8]

Other farmers identified lack of up-to-date methodologies utilized on small and family farms as a depressant to small farmer yields. Small farmers acknowledge the impact of their farming techniques on their yields, stating that frequently, they follow traditional, but dated, procedures used by their families.[9]

Yet another reason for the differences in yields was the type of soil on particular farms. Farms in the same area can have different soil types, thereby producing lower yields on farms with lower quality soil. We note that DJMA was unable to obtain statistical information on soil condition and income to determine whether small farmers and land owned by minorities and females had poorer soil conditions than White males.

---

[8] Volume III, § II-3, II-6, II-7.
[9] Volume III, § II-3, § II-Part 2, VI-4.

Producer Participation and EEO Process Study
for the Farm Service Agency of the
U.S. Department of Agriculture

IV-14

D.J. Miller & Associates, Inc.
March 4, 1996
Part I, Volume I

ARPA_WYNN_00000407