# Exhibit 10

P. Mot. for Summ. J./ARPA_WYNN2490

Court: S.D. Ill.  Case No. 3:21cv540-NJR

Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento CA 95814 – 916.419.7111

# FARMERS ARE FIRST RESPONDERS™

YEAR 2020



## ANNUAL REPORT

FAMILY FARMERS ARE POSITIONED TO ASSIST THOSE AFFECTED BY DISASTERS

**THE FEDERATION OF SOUTHERN COOPERATIVES/LAND ASSISTANCE FUND**

ARPA_WYNN_00002490

# SUMMARY

Seventy-Eight percent of farmers surveyed said that they had not applied for COVID-19 resources prior to completing the survey. Of that number, the overwhelming majority stated that they were not aware of available COVID-19 resources. This highlighted the needs and led to focused work that enhanced outreach and education efforts.

The Federation has and continues to fill this gap by securing resources for these farmers and cooperatives from our partners and other sources. At the same time, we are working to make sure that there is an equitable distribution of COVID-19 related resources.

The Pandemic has forced us to come together in new ways and to rally around our many strengths. Through all the ups and downs, we are re-emphasizing what is most important: our farmers, landowners, cooperatives, employees and rural communities.

## GET TO KNOW OUR NEW & BEGINNING FARMERS!



We are actively developing new resources, trainings, and online tools for young and beginning farmers.

*"Isaiah is the one who is up early, even in the rain trying to make sure the goats are okay". - Alica Jordan*

Alicia & her son Isaiah - Tripple J Farm

Disabled Veteran Ralph Perry tending to planted squash.

**Alica & Eddie Jordan of Tripple Jay Farm | Eutaw, AL**

Alicia Jordan, now in her first year of farming, reached out to our Alabama staff for assistance with fencing a forestry plan, and goats for their 15-acre farm. After attending the Georgia Farmers Conference held in Albany, Georgia, Alicia and Eddie decided to move forward despite being new to the farm business. "I didn't have any experience, but the Federation has been a huge help. Both sides of my family were small farmers. I'm picturing going to the next level."

**Ralph and Georgia Perry of Perry Farm | Linden, AL**

Ralph and Georgia Perry are also new & beginning farmers who have been working with our Alabama staff to begin clearing their 120-acre farmland. Georgia Perry named irrigation, and USDA loan approval among the challenges they are facing as new farmers. They are glad the Federation will remain their go-to resource as they continue to develop their farm. Ralph, a disabled veteran, currently uses the farm as a "strong community resource", allowing locals to glean produce for their families.

ARPA_WYNN_00002494