# Exhibit 11

P. Mot. for Summ. J./ARPA_WYNN3675

Court: S.D. Ill.  Case No. 3:21cv540-NJR

Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento CA 95814 – 916.419.7111



# United States Department of Agriculture

# Independent Assessment of the Delivery of Technical and Financial Assistance
Contract AG-3142-C-09-0049

# "Civil Rights Assessment"

# FINAL REPORT

## March 31, 2011

**Prepared By:
Jackson Lewis LLP
Corporate Diversity Counseling Group
"Assessment Team"**

### 2. USDA's Customer Base and Inclusion of SDGs: FSA, RD, and NRCS

The Contract required the Assessment Team to "Analyze USDA's current customer base and constituencies in comparison to the existing population." At the Assessment Team's request, FSA, RD, and NRCS each provided information regarding customers for various programs by number of customers and dollars spent with/attributable to such customers, and race/ethnicity and gender data, where available, to enable a comparison with their respective population percentages. (Neither RMA nor the AIPs collect demographic information on applicants or insureds, so no such comparative data was available for RMA. Clearly, USDA should require the collection of this data as soon as authority to authorize it can be secured.)

The Assessment Team analyzed the information provided and compiled aggregate race/ethnicity and gender information for customers nationwide and by State, where data was available, along with associated numbers of transactions and associated dollars, for the 15 USDA-selected States covered in this Assessment. USDA-provided data was compared with appropriate population figures for each SDG; for example, in examining FSA loan data, the 2007 *AgCensus* Principal Operator data (the latest available) was used as the comparison population, because Principal Operators are those producers who apply for loans. The results are presented in this Report in a series of spreadsheet Exhibits for each of the three Agencies, FSA, RD, and NRCS.

***Caveat***: This Report includes repeated cautionary references to a *caveat* regarding the *unreliability of USDA data*. In addition to numerous past reports critical of the unreliability of USDA data (such as General Accountability Office and Office of Inspector General reports), the Assessment Team identified numerous errors, conflicts, inconsistencies, and omissions in the wide variety of data provided by USDA for this Assessment. Most of those problems were *apparently* corrected by provision of supplemental information, but some of them—such as inherent unreliability of race/ethnicity data collected by "physical observation"—could not be corrected or confirmed. Thus, all of the data analyzed and presented in this Report must be understood as based on questionable data.

ARPA_WYNN_00003721

Subject to that *caveat*, the following is a brief summary of the customer base comparisons for FSA, RD, and NRCS:

a. **FSA**:  FSA provided customer data for Farm Loans (Direct and Guaranteed Loans, FY 2010 and existing Portfolio), and Farm Programs.

   1) Direct Loans:  SDG participation reasonably well reflected their respective Principal Operator populations, with the *exception of Female participation*, which was substantially less than the Female Principal Operator population.

   2) Guaranteed Loans:  With the exception of Asians and Native Hawaiians/Pacific Islanders, SDG participation was less, and *with some SDGs substantially less*, than their respective Principal Operator populations.

   3) Farm Programs:  *For all Farm Programs* on a nationwide aggregate basis, SDG participation was less, and *with some SDGs substantially less*, than their respective Principal Operator populations.

b. **RD**:  RD provided customer data for its FY 2010 Single Family Housing ("SFH") Direct and Guaranteed Loans, and listings of "beneficiaries" (tenants) for its Multi-Family Housing Loans (which are made to entities, not individuals).

   1) SFH Direct Loans:  SDG participation for all groups *exceeded* their respective rural populations, with some by substantial margins.

   2) SFH Guaranteed Loans:  With the exception of Females and American Indians/Alaskan Natives, *SDG participation exceeded* the respective rural populations.

   3) MFH Loan "Beneficiaries":  All SDGs in FY 2010 were beneficiaries in percentages *greater* than their respective rural population percentages.