IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Matthew MORTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Thomas J. VILSACK, in his official capacity as Secretary of Agriculture, *et al.* <br><br> Defendants. | Case No. 3:21-cv-00540-NJR |

**UNOPPOSED MOTION**
**TO HOLD SUMMARY JUDGMENT PROCEEDINGS IN ABEYANCE**

Plaintiffs in this action assert that § 1005 of the American Rescue Plan Act violates equal protection principles under the Constitution. *See* First Am. Compl., ECF No. 29, ¶ 55; *see also id.* ¶ 69 (contending that "implementation" of § 1005 violates equal protection principles). On August 16, 2022, the President signed into law the Inflation Reduction Act, which expressly repeals § 1005 of the American Rescue Plan Act. *See* Inflation Reduction Act § 22008 (available at https://www.congress.gov/117/bills/hr5376/BILLS-117hr5376enr.pdf). In the government's view, this repeal moots the claims in this case and deprives the Court of ongoing jurisdiction. The government therefore respectfully requests that the Court hold the parties' pending cross-motions for summary judgment in abeyance while the parties confer about next steps in this litigation, and proposes that the parties submit a joint status report on August 23, 2022, if Plaintiffs have not dismissed their claims before then.

Defendants have conferred with counsel for Plaintiffs, who indicated that Plaintiffs do not oppose the relief sought.

Dated: August 17, 2022						Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

/s/ *Michael F. Knapp*
MICHAEL F. KNAPP (Cal. Bar No. 314104)
KYLA M. SNOW
ALEXANDER V. SVERDLOV
Trial Attorneys
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW Rm. 12008
Washington, DC 20530
Telephone: (202) 514-2071
Fax: (202) 616-8470
Email: michael.f.knapp@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2022, I electronically filed the foregoing brief using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated: August 17, 2022                                  */s/ Michael F. Knapp*
                                                                           Michael F. Knapp