IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Matthew MORTON, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>Thomas J. VILSACK, in his official capacity as Secretary of Agriculture, *et al.*<br><br>      Defendants. | Case No. 3:21-cv-00540-NJR |

**JOINT STATUS REPORT**

  Pursuant to the Court's August 18, 2022, text order, ECF No. 71, the Parties jointly submit this status report. The Parties require additional time to determine their respective positions and to confer on the best way to proceed with this litigation. The Parties therefore respectfully propose that they submit a further joint status report on Tuesday, August 30, 2022.

| | |
|---|---|
| Dated: August 23, 2022 | Respectfully submitted, |
| PACIFIC LEGAL FOUNDATION | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| /s/ Glenn E. Roper<br>GLENN E. ROPER,<br>Colo. Bar No. 38723<br>Lead Counsel<br>1745 Shea Center Dr., Suite 400<br>Highlands Ranch, CO 80129<br>Telephone: (916) 419-7111<br>Fax: (916) 419-7747<br>Email: GERoper@pacificlegal.org<br>Service: IncomingLit@pacificlegal.org | LESLEY FARBY<br>Assistant Branch Director<br><br>/s/ Michael F. Knapp<br>MICHAEL F. KNAPP (Cal. Bar No. 314104)<br>KYLA M. SNOW<br>ALEXANDER V. SVERDLOV<br>Trial Attorneys<br>Federal Programs Branch<br>U.S. Department of Justice, Civil Division<br>1100 L Street, NW Rm. 12008<br>Washington, DC 20530<br>Telephone: (202) 514-2071<br>Fax: (202) 616-8470<br>Email: michael.f.knapp@usdoj.gov |
| WENCONG FA,<br>Cal. Bar No. 301679*<br>CHRISTOPHER M. KIESER,<br>Cal. Bar No. 298486*<br>555 Capitol Mall, Suite 1290<br>Sacramento, CA 95814<br>Email: WFa@pacificlegal.org<br>Email: CKieser@pacificlegal.org | *Counsel for Defendants* |
| *Attorneys for Plaintiffs*<br>* Pro Hac Vice | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2022, I electronically filed the foregoing brief using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated: August 23, 2022                    /s/ *Michael F. Knapp*
                                          Michael F. Knapp