IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Matthew MORTON, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>Thomas J. VILSACK, in his official capacity as Secretary of Agriculture, *et al.*<br><br>      Defendants. | Case No. 3:21-cv-00540-NJR |

## JOINT STIPULATION OF DISMISSAL

In light of the repeal of Section 1005, the Parties stipulate to dismiss this action without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: August 30, 2022

PACIFIC LEGAL FOUNDATION

*/s/ Glenn E. Roper*
GLENN E. ROPER,
Colo. Bar No. 38723
Lead Counsel
1745 Shea Center Dr., Suite 400
Highlands Ranch, CO 80129
Telephone: (916) 419-7111
Fax: (916) 419-7747
Email: GERoper@pacificlegal.org
Service: IncomingLit@pacificlegal.org

WENCONG FA,
Cal. Bar No. 301679*
CHRISTOPHER M. KIESER,
Cal. Bar No. 298486*
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Email: WFa@pacificlegal.org
Email: CKieser@pacificlegal.org

*Attorneys for Plaintiffs*
* Pro Hac Vice

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

*/s/ Michael F. Knapp*
MICHAEL F. KNAPP (Cal. Bar No. 314104)
KYLA M. SNOW
ALEXANDER V. SVERDLOV
Trial Attorneys
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW Rm. 12008
Washington, DC 20530
Telephone: (202) 514-2071
Fax: (202) 616-8470
Email: michael.f.knapp@usdoj.gov

*Counsel for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2022, I electronically filed the foregoing brief using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated: August 30, 2022                    /s/ *Michael F. Knapp*
                                          Michael F. Knapp