IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MATTHEW MORTON, et al., | |
| Plaintiffs, | |
| v. | Case No. 3:21-cv-00540-NJR |
| THOMAS J. VILSAK, in his official capacity as Secretary of Agriculture, et al., | |
| Defendants. | |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Stipulation of Dismissal dated August 30, 2022 (Doc. 74), this entire action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**DATED:   August 30, 2022**

                                                                        MONICA A. STUMP,
                                                                       Clerk of Court

                                                                       By:   s/ *Deana Brinkley*
                                                                             Deputy Clerk

**APPROVED:**   s/ *Nancy J. Rosenstengel*
                            NANCY J. ROSENSTENGEL
                            Chief U.S. District Judge